ALBERT P. BALLOG, JR., Bar No.: 103627
BRIAN L. WILLIAMS, Bar No.: 227948
**SULLIVAN & BALLOG, LLP**
400 North Tustin Avenue, Suite 475
Santa Ana, California 92705
Telephone:  (714) 541-2121
Facsimile:   (714) 541-2120
**apb@sullivanballog.com**

Attorneys for Defendants, COUNTY OF ORANGE and
ORANGE COUNTY SHERIFF'S DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF HOANG TAN BUI, by and through its administrator, BICH PHUONG TRAN; BICH PHUONG TRAN, an individual; JOHN LEE, an individual; ROSE BUI LEE, an individual, CAROLINE BUI TRAN, a minor, by and through her Gurdian ad Litem BICH PHUONG TRAN; DONNY TAN BUI, a minor, by and through his Guardian ad Litem, BICH PHUONG TRAN; et al.;<br><br>            Plaintiffs,<br><br>    vs.<br><br>CITY OF WESTMINISTER POLICE DEPARTMENT; CITY OF WESTMINISTER; CHARLES SHINN, III; COUNTY OF ORANGE; ORANGE COUNTY SHERIFF'S DEPARTMENT AND DOES 1 to 100, Inclusive,<br><br>            Defendants. | Case No.  SACV05-774 CJC(RNBX)<br><br>The Honorable Cormac J. Carney<br><br>**NOTICE OF SETTLEMENT**<br><br><br><br><br><br><br><br>Pre-Trial Conf. Date:  June 9, 2008<br>Trial:                         June 17, 2008 |

1  Pursuant to an agreement that was reached between the remaining parties to this action, Plaintiffs THE ESTATE OF HOANG TAN BUI; BICH PHUONG TRAN; JOHN LEE; ROSE BUI LEE; CAROLINE BUI TRAN; DONNY TAN BUI; JACQUELINE BUI; JOHNNY BUI; LOC BUI; JAMIE LEE; and LINDA LEE (collectively, "Plaintiffs") and Defendants COUNTY OF ORANGE and ORANGE COUNTY SHERIFF'S DEPARTMENT (collectively, "Defendants"), settlement in the above-captioned action has been reached.  Plaintiffs have agreed to dismiss Defendants from the action in exchange for Defendants' waiver of their costs and attorney's fees.  A proposed order of dismissal is being filed concurrently herewith.

DATED: May 29, 2008                SULLIVAN & BALLOG, LLP


                                   By:   /s/  Albert P. Ballog, Jr.
                                         ALBERT P. BALLOG, JR.
                                         BRIAN L. WILLIAMS
                                         Attorneys for Defendants,
                                         COUNTY OF ORANGE and
                                         ORANGE COUNTY SHERIFF'S
                                         DEPARTMENT


DATED: May 28, 2008                AVILA & PEROS, LLP


                                   By:   /s/  Daniel De Soto
                                         MICHAEL AVILA
                                         DANIEL DE SOTO
                                         Attorneys for Plaintiffs,
                                         THE ESTATE OF HOANG TAN BUI;
                                         BICH PHUONG TRAN; JOHN LEE; ROSE
                                         BUI LEE; CAROLINE BUI TRAN;
                                         DONNY TAN BUI; JACQUELINE BUI;
                                         JOHNNY BUI; LOC BUI; JAMIE LEE; and
                                         LINDA LEE