ALBERT P. BALLOG, JR., Bar No.: 103627
BRIAN L. WILLIAMS, Bar No.: 227948
**SULLIVAN & BALLOG, LLP**
400 North Tustin Avenue, Suite 475
Santa Ana, California 92705
Telephone:  (714) 541-2121
Facsimile:   (714) 541-2120
**apb@sullivanballog.com**

JS - 6

Attorneys for Defendants, COUNTY OF ORANGE and
ORANGE COUNTY SHERIFF'S DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF HOANG TAN BUI, by and through its administrator, BICH PHUONG TRAN; BICH PHUONG TRAN, an individual; JOHN LEE, an individual; ROSE BUI LEE, an individual, CAROLINE BUI TRAN, a minor, by and through her Gurdian ad Litem BICH PHUONG TRAN; DONNY TAN BUI, a minor, by and through his Guardian ad Litem, BICH PHUONG TRAN; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF WESTMINISTER POLICE DEPARTMENT; CITY OF WESTMINISTER; CHARLES SHINN, III; COUNTY OF ORANGE; ORANGE COUNTY SHERIFF'S DEPARTMENT AND DOES 1 to 100, Inclusive, <br><br> Defendants. | Case No.  SACV05-774 CJC(RNBX) <br><br> The Honorable Cormac J. Carney <br><br><br> **ORDER OF DISMISSAL** <br><br><br><br><br><br><br><br><br><br><br><br> Pre-Trial Conf. Date:  June 9, 2008 <br> Trial:                           June 17, 2008 |

Pursuant to the agreement of the remaining parties to this action as evidenced by their joint Notice of Settlement filed concurrently herewith,

**IT IS HEREBY ORDERED** that defendants COUNTY OF ORANGE and ORANGE COUNTY SHERIFF'S DEPARTMENT are dismissed from this action with prejudice.

DATED: May 29, 2008

_____
THE HONORABLE CORMAC J. CARNEY